Commonwealth, Appellant, *v.* Holton.

Argued December 11, 1973. *Norris Gellman,* Assistant District Attorney, with him *Martin H. Belsky,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *Louis M. Natali, Jr.,* with him *Bernard L. Segal,* and *Segal, Appel and Natali,* for appellee.

Appeal quashed.

SPAULDING, J., absent.

Commonwealth *v.* Howard, Appellant.

Submitted December 11, 1973. *Robert B. Mozenter,* for appellant; *Louis A. Perez, Jr., James T. Ranney* and *David Richman,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.